

# Fourth Court of Appeals
## San Antonio, Texas

August 15, 2022

No. 04-22-00198-CR

Juan Manuel **GOMEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 156th Judicial District Court, McMullen County, Texas
Trial Court No. M-21-0013-CR-B
Honorable Janna K. Whatley, Judge Presiding

## O R D E R

Appellant's brief was originally due on August 9, 2022. In response to inquiries from this court, appellant's appointed counsel represented on August 10, 2022 and August 12, 2022 that he would file a motion for extension of time. Neither the brief nor a motion for extension of time to file the brief has been filed. We therefore **ORDER** appellant's counsel to file the brief **by August 25, 2022**. If appellant's counsel fails to file the brief by the date ordered, we will order this appeal abated and remanded to the trial court for a hearing to determine whether appellant or appointed counsel has abandoned the appeal. *See* TEX. R. APP. P. 38.8(b)(2).

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of August, 2022.

_____
Michael A. Cruz,
Clerk of Court